UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/2020

-----------------------------------------------------------X

JAMES ROLKIEWICZ,

                Plaintiff,

-against-

THE CITY OF NEW YORK et al.,
                Defendants.

-----------------------------------------------------------X

16 CIVIL 6771 (ALC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 3, 2020, Defendants' Motion for Summary Judgment is GRANTED as to all remaining claims in Rolkiewicz's Amended Complaint.

**Dated:** New York, New York
         March 4, 2020

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**

        BY:

                                          **Deputy Clerk**